IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-180-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| QUENTIN ALLEN JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 35 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the _1_ day of November, 2023.

_____
JAMES C. DEVER III
United States District Judge